# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMARILLO NATIONAL BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:22-cv-932 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES PENDING IN THE WACO DIVISION

Pursuant to the Court's May 28, 2003 Amended Plan for Random Assignment and Direct Assignment of Cases in Multi-Judge Divisions, Plaintiff Textile Computer Systems, Inc. respectfully files this Notice of Related Cases to inform the Court that the present case involves the infringement of four patents already in suit in the Waco Division in eight currently pending cases and two additional cases filed by Textile.

In the eight pending cases, the Court in the Waco Division has construed claims of all four patents asserted in the current suit and has resolved other disputes between parties relating to those four patents, including deciding motions to dismiss. The ten cases are the following:

- *Textile Computer Systems, Inc. v. Broadway National Bank d/b/a Broadway Bank* (6:21-cv-1050-ADA) (Claim Construction Order, Dkt. 75, Albright, J.)

- *Textile Computer Systems, Inc. v. Charles Schwab Bank* (6:21-cv-1051-ADA) (Claim Construction Order, Dkt. 59, Albright, J.)

- *Textile Computer Systems, Inc. v. Comerica* (6:21-cv-1052-ADA) (Claim Construction Order, Dkt. 70, Albright, J.)

- *Textile Computer Systems, Inc. v. Frost Bank* (6:21-cv-1053-ADA) (Claim Construction Order, Dkt. 60, Albright, J.)

• *Textile Computer Systems, Inc. v. Independent Bank* (6:21-cv-1054-ADA) (Claim Construction Order, Dkt. 71, Albright, J.)

• *Textile Computer Systems, Inc. v. International Bank of Commerce* (6:21-cv-1055-ADA) (joint motion to dismiss pending)

• *Textile Computer Systems, Inc. v. Southside Bank* (6:21-cv-1056-ADA) (Claim Construction Order, Dkt. 71, Albright, J.)

• *Textile Computer Systems, Inc. v. Texas Capital Bank* (6:21-cv-1057-ADA) (Claim Construction Order, Dkt. 70, Albright, J.)

• *Textile Computer Systems, Inc. v. Vantage Bank Texas* (6:21-cv-1058-ADA) (Claim Construction Order, Dkt. 64, Albright, J.)

• *Textile Computer Systems, Inc. v. Woodforest Financial Group, Inc. et al.* (6:21-cv-1059-ADA) (dismissed 08/29/2022)

Dated: September 12, 2022

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com

THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12$^h$ day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli